BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD STOTTLEMYRE,<br><br>    Defendant. | CASE NO.  2:14-CR-00241 KJM<br><br>**MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment with prejudice against defendant Richard STOTTLEMYRE.

DATED: October 7, 2014                              Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By:     */s/ Olusere A. Olowoyeye*
                                                    OLUSERE OLOWOYEYE
                                                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00241 KJM |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT** |
| v. | |
| RICHARD STOTTLEMYRE, | |
| Defendant. | |

APPROVED AND SO ORDERED.

Dated:  October 8, 2014

_____
UNITED STATES DISTRICT JUDGE